# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| William Alexander Lee,<br><br>           Plaintiff,<br><br>  v.<br><br>Taxi Management, LLC; et al.,<br><br>           Defendants. | Case No. 2:23-cv-00919-APG-DJA<br><br>**Order** |

      This matter is before the Court on *pro se* Plaintiff William Alexander Lee's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1) and Complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

      **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

      **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

      **IT IS FURTHER ORDERED** that Plaintiff shall have until **July 31, 2023** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1 § 1915(a)(1) and LSR 1-1; or (2) pay the full $402 filing fee, which includes the $350 filing fee
2 plus the $52 administrative fee.  **Plaintiff is advised that failure to comply with this order will**
3 **result in a recommendation to the district judge that the case be dismissed.**

5    DATED: June 29, 2023

7    DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE