# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| William Alexander Lee, | Case No. 2:23-cv-00919-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Yellow Checker Star Transportation Taxi Management, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for a thirty day extension of time. (ECF No. 11). Plaintiff asks for additional time to "appeal court[']s dismissal of motion to reap[p]ly for appointment of counsel." (*Id.*). Under Local Rule IB 3-1,

> [a] district judge may reconsider any pretrial matter referred to a magistrate judge under LR IB 1-3,[1] when it has been shown the magistrate judge's order is clearly erroneous or contrary to law. Any party wishing to object to the magistrate judge's order on a pretrial matter must file and serve specific written objections. The deadline to file and serve any objections to a magistrate judge's order is 14 days after service of the order…

The Court's order regarding Plaintiff's motion for appointment of counsel was entered on February 26, 2024. (ECF No. 10). Any objection was thus due on March 11, 2024. But the Court finds that Plaintiff has demonstrated excusable neglect under Federal Rule of Civil

---

[1] Local Rule IB 1-3 provides that "[a] magistrate judge may hear and finally determine any pretrial matter not specifically enumerated as an exception in 28 U.S.C. § 636(b)(1)(A)." 28 U.S.C. § 636(b)(1)(A) provides that "a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action."

Procedure 6(b)(1)(B) and Local Rule IA 6-1(a). The Court thus grants Plaintiff's motion for extension of time and extends the deadline for Plaintiff to object to thirty days after the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 11) is **granted.** Plaintiff's objection to the Court's order denying his motion for appointment of counsel is due on or before **April 17, 2024.**

DATED: March 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE