UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ALEXANDER LEE,<br><br>　　　Plaintiff<br><br>v.<br><br>YELLOW CHECKER STAR TRANSPORTATION TAXI MANAGEMENT, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-00919-APG-DJA<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF No. 13] |

　　　Plaintiff William Lee filed two motions for appointment of counsel. ECF Nos. 7, 9. Magistrate Judge Albregts denied both motions. ECF Nos. 8, 10. Mr. Lee filed an appeal of the second order of denial. ECF No. 13. I have reviewed the appeal, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order denying appointment of counsel is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I therefore must approve it.

　　　Just because the court does not appoint counsel does not mean that Lee cannot obtain pro bono counsel on his own. There are several legal aid organizations that provide free legal assistance and coordinate pro bono counsel for indigent clients (Nevada Legal Services, Legal Aid Center of Southern Nevada, the State Bar of Nevada, etc.). Lee may wish to contact those organizations for assistance.

　　　I THEREFORE ORDER that Magistrate Judge Albregts' Order **(ECF No. 10) is affirmed** in its entirety, and Mr. Lee's appeal **(ECF No. 13) is denied**.

　　　I FURTHER ORDER that the deadline for Lee to file an amended complaint is extended to **June 5, 2024**.

　　　DATED this 8th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon