# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| William Alexander Lee,<br><br>               Plaintiff,<br><br>v.<br><br>Yellow Checker Star Transportation Taxi Management, et al.,<br><br>               Defendants. | Case No. 2:23-cv-00919-APG-DJA<br><br>**Order** |

      Before the Court is Plaintiff's motion "to define the meaning of amended complaint" (ECF No. 15) and motion "to extend time for legal assistance" (ECF No. 16). The Court grants Plaintiff's motion to define "amended complaint" to the extent it requests that the Court further explain the meaning of an amended complaint and direct Plaintiff to resources regarding amending his complaint. The Court refers Plaintiff to the Federal Bar Association Handbook for Pro Se Litigants,[1] which defines an amended complaint as "[a] revised version of the original complaint…that has been filed with the Court." *See Representing Yourself in Federal District Court: a Handbook for Pro Se Litigants*, FEDERAL BAR ASSOCIATION, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nvd.uscourts.gov/wp-content/uploads/2020/02/1-9-2020-NV-Pro-Se-Handbook.pdf (last visited June 3, 2024).

      Here, Plaintiff's original complaint was the one he filed with his application to proceed *in forma* pauperis. (ECF No. 1-1). So, an amended complaint would be a revised version of that original complaint. The Court has given Plaintiff guidance on how he might revise/amend his original complaint in its screening order dated October 26, 2023. (ECF No. 5). The Court will

---

[1] The Handbook for Pro Se Litigants can be found online at https://www.nvd.uscourts.gov/self-help/representing-yourself-assistance/. Plaintiff can find other resources regarding representing himself on that page as well.

send Plaintiff a copy of the form complaint for employment discrimination on which Plaintiff may choose to draft his amended complaint.

Currently, Plaintiff's deadline to file an amended complaint is June 5, 2024. (ECF No. 14). There is no deadline by which Plaintiff must obtain legal assistance. So, the Court construes Plaintiff's motion to extend time to be seeking an extension of the amended complaint deadline and grants it in part.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to define the meaning of amended complaint (ECF No. 15) is **granted.** The Clerk of Court is kindly directed to send Plaintiff a copy of the form complaint for employment discrimination.[2]

**IT IS FURTHER ORDERED** that Plaintiff's motion for an extension of time (ECF No. 16) is **granted in part** to the extent it seeks additional time to file an amended complaint. It is denied in all other respects. Plaintiff shall have until **July 3, 2024** to file an amended complaint.

DATED: June 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form can be found online at https://www.uscourts.gov/forms/pro-se-forms/complaint-employment-discrimination.