# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| William Alexander Lee, | Case No. 2:23-cv-00919-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Yellow Checker Star Transportation Taxi Management, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion "for discovery." (ECF No. 33). Plaintiff moves the Court to require Defendants to engage in depositions, produce documents, and respond to interrogatories. (*Id.*). However, Plaintiff must request these things from Defendants directly, not from the Court. *See* Fed. R. Civ. P. 30 (governing depositions); *see* Fed. R. Civ. P. 34 (governing requests for production of documents); *see* Fed. R. Civ. P. 33 (governing interrogatories). Under Federal Rule of Civil Procedure 5(d)(1)(A) and Local Rule 26-7, discovery requests and responses must not be filed until they are used in the proceeding or the Court orders filing. So, the Court denies Plaintiff's motion and strikes it from the docket. *See* LR IA 10-1(d).

Additionally, the Court informs Plaintiff that discovery has not yet commenced. This is because, under Federal Rule of Civil Procedure 26(d)(1), a party may not seek discovery from any source before the parties have conferred as required by Federal Rule of Civil Procedure 26(f). Plaintiff has not filed the discovery plan required by Federal Rule of Civil Procedure 26(f)(3) and Local Rule[1] 26-1 that follows the Rule 26(f) conference. So, his request for discovery is premature. The Court reminds Plaintiff of his obligation to initiate the scheduling of the Federal

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada. These rules can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

Rule of Civil Procedure 26(f) conference "to be held within 30 days after the first defendant answers or otherwise appears." *See* Local Rule 26-1(a).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 33) is **denied.** The Clerk of Court is kindly directed to **strike** ECF No. 33 from the docket and to **send** Plaintiff a copy of this order.

DATED: October 21, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE