UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ALEXANDER LEE,<br><br>     Plaintiff<br><br>v.<br><br>YELLOW CHECKER STAR TRANSPORTATION TAXI MANAGEMENT, et al.,<br><br>     Defendants | Case No.: 2:23-cv-00919-APG-DJA<br><br>**Order Affirming Magistrate Judge's Order**<br><br>[ECF Nos. 23, 24, 26, 27] |

Plaintiff William Lee moved to amend his complaint. ECF No. 18. Magistrate Judge Albregts allowed Lee to amend but ordered that Lee could assert only claims for retaliation and interference in violation of the Family and Medical Leave Act. ECF No. 19. Judge Albregts denied Lee's request to assert claims under the Equal Pay Act and the Fair Labor Standards Act, for "intentional torts," and for discrimination under Title VII and the Americans with Disabilities Act. *Id.* Mr. Lee filed four appeals of Judge's Albregts' Order. ECF Nos. 23, 24, 26, 27.

I have reviewed the appeals, Judge Albregts' Order, and the underlying papers. Judge Albregts' Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I therefore must approve it.

I THEREFORE ORDER that Magistrate Judge Albregts' Order **(ECF No. 19) is affirmed** in its entirety, and Mr. Lee's appeals **(ECF Nos. 23, 24, 26, 27) are denied**.

DATED this 20th day of November, 2024.

_____
Andrew P. Gordon
Chief United States District Judge