UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ALEXANDER LEE,<br><br>    Plaintiff<br><br>v.<br><br>YELLOW CHECKER STAR<br>TRANSPORTATION TAXI<br>MANAGEMENT, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00919-APG-DJA<br><br>**Order Dismissing Case** |

I previously granted defendant Yellow Checker Star Transportation Taxi Management's motion to dismiss, with leave to amend. ECF No. 50. Plaintiff William Lee did not amend by the given deadline.

I THEREFORE ORDER that this case is dismissed. The clerk of court is instructed to enter judgment accordingly and close this case.

DATED this 3rd day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE